UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>REY MARTINEZ-LESPIER,<br>also known as "Jose Maria Pinto" | 08 CR 451<br>Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4)<br><br>JUDGE DOW<br>MAGISTRATE JUDGE SCHENKIER |

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about March 11, 2008, at Wheaton, in the Northern District of Illinois, Eastern Division,

REY MARTINEZ-LESPIER,

defendant herein, an alien who previously had been deported and removed from the United States on or about April 17, 2003, and September 22, 2003, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

FILED

JUL 0 2 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT