**FILED**

JUL 0 2 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 CR 451**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**JUDGE DOW**

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**MAGISTRATE JUDGE SCHENKIER**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐  YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint:

   08 CR 451, UNITED STATES v. MARTINEZ-LESPIER, REY

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO X   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)
   ☐ Criminal Antitrust  (II)
   ☐ Bank robbery .......... (II)
   ☐ Post Office Robbery ... (II)
   ☐ Other Robbery ......... (II)
   ☐ Assault ............... (III)
   ☐ Burglary .............. (IV)
   ☐ Larceny and Theft ..... (IV)
   ☐ Postal Embezzlement ... (IV)
   ☐ Other Embezzlement .... (III)

   ☐ Income Tax Fraud ...... (II)
   ☐ Postal Fraud .......... (II)
   ☐ Other Fraud ........... (III)
   ☐ Auto Theft ............ (IV)
   ☐ Transporting Forged Securities .. (III)
   ☐ Forgery ............... (III)
   ☐ Counterfeiting ........ (III)
   ☐ Sex Offenses .......... (II)
   ☐ DAPCA Marijuana ....... (III)
   ☐ DAPCA Narcotics ....... (III)

   ☐ DAPCA Controlled Substances ... (III)
   ☐ Miscellaneous General Offenses .. (IV)
   X Immigration Laws ............. (IV)
   ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Food & Drug Laws .......... (IV)
   ☐ Motor Carrier Act ......... (IV)
   ☐ Selective Service Act ..... (IV)
   ☐ Obscene Mail .............. (III)
   ☐ Other Federal Statutes .... (III)
   ☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.

   8 U.S.C. § 1326(a) and (b)(2)

   ERIK HOGSTROM
   Assistant United States Attorney

(Revised 12/99)