## United States District Court, Northern District of Illinois

08 GJ 0522

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE COX |
|---|---|---|---|
| CASE NUMBER | 08 CR 0451 | DATE | JULY 2, 2008 |
| CASE TITLE | US v. REY MARTINEZ-LESPIER | | |

MOTION:

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING

The Grand Jury for the _____ SPECIAL MARCH 2007 _____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

DOCKET ENTRY:

# 08 CR 451

### NO BOND SET, DETAINED BY MAGISTRATE.

# FILED

JUL 0 2 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE DOW

MAGISTRATE JUDGE SCHENKIER

SIGNATURE OF JUDGE _____
OR MAGISTRATE JUDGE

(ONLY IF FILED UNDER SEAL)

| | | | | |
|---|---|---|---|---|
| No notices required, advised in open court. | | | Number of notices | DOCKET# |
| No notices required. | | | Date docketed | |
| Notices mailed by judge's staff. | | | Docketing dpty. initials | |
| Notified counsel by telephone. | | | | |
| Docketing to mail notices | | | | |
| Mail AO 450 form. | | | Date mailed notice | |
| Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | Mailing dpty. initials | |