FILED
JULY 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 451 |
| | ) | |
| | ) | JUDGE DOW |
| REY MARTINEZ-LESPIER | ) | |
| (also known as | ) | |
| "Jose Maria Pinto") | ) | MAGISTRATE JUDGE SCHENKIER |

GOVERNMENT'S DECLARATION REGARDING GRAND JURY
SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

Now comes the UNITED STATES OF AMERICA, through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois, states as follows:

1. No grand jury subpoenas were issued relating to the indictment returned in the above-captioned case.

Respectfully,

PATRICK J. FITZGERALD
United States Attorney

By: ERIK HOGSTROM
Assistant U.S. Attorney

FILED
JUL 0 2 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT