# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert M. Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 451 - 1 | **DATE** | 7/15/2008 |
| **CASE TITLE** | United States of America vs. Rey Martinez-Lespier | | |

**DOCKET ENTRY TEXT**

Arraignment set for 7/17/08 at 10:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|