Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHW

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 451 - 1 | **DATE** | 7/17/2008 |
| **CASE TITLE** | United States of America vs. Rey Martinez-Lespier | | |

**DOCKET ENTRY TEXT**

Arraignment reset to 7/22/08 at 9:45 a.m.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | mm |
|---|---|---|---|