# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert M. Dow, Jr. | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 451 - 1 | **DATE** | 7/22/2008 |
| **CASE TITLE** | United States of America vs. Rey Martinez-Lespier | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant waives formal reading of the indictment. Defendant enters plea of not guilty to all counts in the indictment to which he is named. Rule 16.1 (a) conference to be held by 7/2908. Pretrial motions are to be filed by 8/12/08. Response to pretrial motions are to be filed by 8/26/08. Reply to be filed by 9/2/08. A status hearing is set before Judge Dow on 8/19/08 at 9:30 a.m.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | mm |
|---|---|---|

Case 1:08-cr-00451   Document 13   Filed 07/22/2008   Page 1 of 1

08CR451 - 1 United States of America vs. Rey Martinez-Lespier                         Page 1 of 1